# IN THE SUPREME COURT OF ALABAMA



## March 28, 2025

**SC-2024-0205**

Michael Johnson, in his official capacity as the Marshall County Revenue Commissioner v. Four-C Volunteer Fire Department and Georgia Mountain Volunteer Fire Department (Appeal from Marshall Circuit Court: CV-21-900188).

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on March 28, 2025:

**Application Overruled. No Opinion.** Mendheim, J. -- Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mitchell, Cook, and McCool, JJ., concur.

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on December 13, 2024:

**Affirmed in Part; Reversed in Part; and Remanded with Instructions.** Mendheim, J. -- Parker, C.J., Shaw, Wise, Sellers, and Stewart, JJ., concur; Bryan, J., concurs in part and concurs in the result, with opinion, which Cook, J., joins. Mitchell, J., concurs in part and concurs in the result, with opinion.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

Megan B. Rhodebeck

**Clerk, Supreme Court of Alabama**